IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS                                                                              PLAINTIFF

VERSUS                                                           CIVIL ACTION NO. 5:10cv58-KS-MTP

FEDERAL BUREAU OF PRISONS, et al.                                                  DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  30th  day of April, 2010.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE